# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 13-55804 |
| John Richard Jackson | : | |
| | : | Chapter 13 |
| Kimberly Ann Jackson | : | |
| Debtors | : | Judge C. Kathryn Preston |

## DEBTORS' AMENDMENT TO SCHEDULES I & J

Debtors hereby amend schedule "I", Current Income of Individual Debtors and schedule "J", Current Expenditures of Individual Debtors, to reflect a change in Debtor's Employer and in the expenses (see attached Exhibit "A").

                                                  Respectfully submitted,

Date: September 14, 2013           /s/ Katharine Granger
                                                  Katharine Granger  (0079143)
                                                  3757 Attucks Drive
                                                  Powell, OH 43065
                                                  (614) 389-4941
                                                  kgranger@granger-law-firm.com
                                                  *Attorney for Debtors*

/s/John Richard Jackson           /s/Kimberly Ann Jackson
Debtor                                         Joint Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | : | Case No. 13-55804 | |
| John Richard Jackson | : | | |
| | : | Chapter 13 | |
| Kimberly Ann Jackson | : | | |
| Debtors | : | Judge C. Kathryn Preston | |

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the attached Debtors' Amendment to Schedules I & J was served upon the parties listed below this 19th day of December, electronically or by regular U.S. mail, postage pre-paid.

**SERVED ELECTRONICALLY**:

U.S. Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

Frank M. Pees
Chapter 13 Trustee

**SERVED VIA REGULAR U.S. MAIL**:

John & Kimberly Jackson
4860 Veley Road
Delaware OH 43015

                                                  /s/ Katharine Granger_____
                                                  Katharine Granger  (0079143)

B6I (Official Form 6I) (12/07)

In re **John Richard Jackson, Jr.**
**Kimberly Ann Jackson** _____ Case No. **2:13-bk-55804** _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retail Sales** | **Coordinator** |
| Name of Employer | **Bob Sumerel Tire** | **Parallel Technologies** |
| How long employed | **3 weeks** | **2 weeks** |
| Address of Employer | **1257 Cox Avenue** **Erlanger, KY 41018** | **4866 Blazer Parkway** **Dublin, OH 43017** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,166.67 | $ 3,846.40 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,166.67 | $ 3,846.40 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 489.75 | $ 692.35 |
|    b. Insurance | $ 85.00 | $ 606.08 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): **Disbaility Insurance** | $ 0.00 | $ 35.94 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 574.75 | $ 1,334.37 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,591.92 | $ 2,512.03 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,591.92 | $ 2,512.03 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,103.95 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **NONE**

**B6J (Official Form 6J) (12/07)**

In re **John Richard Jackson, Jr.**
**Kimberly Ann Jackson**     Case No. **2:13-bk-55804**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ **850.00** |
|    a. Are real estate taxes included?    Yes ___    No **X** | |
|    b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ **365.00** |
|                b. Water and sewer | $ **50.95** |
|                c. Telephone | $ **0.00** |
|                d. Other **See Detailed Expense Attachment** | $ **240.00** |
| 3. Home maintenance (repairs and upkeep) | $ **54.00** |
| 4. Food | $ **650.00** |
| 5. Clothing | $ **160.00** |
| 6. Laundry and dry cleaning | $ **65.00** |
| 7. Medical and dental expenses | $ **500.00** |
| 8. Transportation (not including car payments) | $ **600.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **50.00** |
| 10. Charitable contributions | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|                a. Homeowner's or renter's | $ **30.00** |
|                b. Life | $ **0.00** |
|                c. Health | $ **0.00** |
|                d. Auto | $ **159.00** |
|                e. Other | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|           (Specify) | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|                a. Auto | $ **0.00** |
|                b. Other | $ **0.00** |
|                c. Other | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ **0.00** |
| 17. Other **See Detailed Expense Attachment** | $ **280.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **4,053.95** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **NONE**

    **Joint Debtor commutes 76 miles a day for work.**
    **Debtor is diabetic and requires specific meal plans and testing which increase food and medical expenses.**
    **Debtor now drives 90 miles a day for his new job.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ **5,103.95** |
| b.   Average monthly expenses from Line 18 above | $ **4,053.95** |

**B6J (Official Form 6J) (12/07)**

  c.  Monthly net income (a. minus b.)                                                                                                                             $ **1,050.00**

**B6J (Official Form 6J) (12/07)**

In re  **John Richard Jackson, Jr.**
     **Kimberly Ann Jackson**     Case No. **2:13-bk-55804**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cable/Internet | $ 90.00 |
| Cell Phones | $ 150.00 |
| **Total Other Utility Expenditures** | **$ 240.00** |

**Other Expenditures:**

| | |
|---|---:|
| Personal Care | $ 60.00 |
| Pet Care | $ 50.00 |
| Storage Unit | $ 95.00 |
| Vehicle Maintenance | $ 75.00 |
| **Total Other Expenditures** | **$ 280.00** |