**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No: 13-55804 |
| | : | |
| John Richard Jackson Jr. | : | Chapter 13 |
| Kimberly Ann Jackson | : | |
| Debtors | : | Judge C. Kathryn Preston |

**MOTION TO MODIFY PLAN POST-CONFIRMATION**

Now come Debtors, by and through counsel, pursuant to Local Rule 3015-2(b) and respectfully request this Court to modify their plan to decrease the monthly payment to $920.00 per month. Debtors' reasons are set forth more fully below.

Respectfully submitted,

/s/ Katharine R. Granger
Katharine R. Granger  (0079143)
3757 Attucks Drive
Powell, OH 43065
Attorney for Debtors
(614) 389-4941 Telephone
(614) 389-3857 Facsimile
kgranger@granger-law-firm.com

**MEMORANDUM IN SUPPORT**

This case was filed on July 23, 2013 and confirmed on October 17, 2013. Pursuant to Local Rule 3015-2(b), the following information is provided for this Court's consideration:

1. Plan section A(1) is being modified to decrease the monthly plan payment to $920.00 per month, commencing with the March 1, 2015 payment. The dividend to unsecured creditors IS changing; it will decrease to 30%. It is anticipated that the plan will complete in a total of 60 months. These are above median income debtors with an applicable commitment period of 60 months.

2. The modification proposed by the debtors will modify the rights of the holders of any secured claim being dealt with under the plan, and will modify the rights of the holders of unsecured claims to the extent that the time of payment of their respective claims may be extended and the unsecured creditors will receive a reduced dividend.

2. The original plan was confirmed on October 17, 2013 as a 61% plan. The plan has not been previously modified.

3. The dividend to unsecured creditors is changed; it will decrease to 30%. The length of the plan will be approximately 60 total months. Debtor's income has decreased and the living expenses for Debtors have changed, therefore Debtors are finding it difficult to make the current Chapter 13 payment.

4. Plan Section C(2) shall be modified as follows: The monthly payment to Credit Acceptance shall decrease to $230.00 per month until paid in full, beginning March 1 2015.

5. Plan Section C(2) shall be modified as follows: The monthly payment for Americredit Financial Services shall decrease to $440.00 per month until paid in full, beginning March 1 2015.

6. This motion is for a permanent modification of the Chapter 13 plan, therefore, Amended Schedules I and J are attached hereto as Exhibit A.

For the reasons set forth herein, Debtors respectfully request this Court to modify the plan to decrease the monthly payment to $920.00 per month, commencing with the March 1, 2015 payment.

    Respectfully submitted,

    /s/ Katharine R. Granger
    Katharine R. Granger  (0079143)
    3757 Attucks Drive
    Powell, OH 43065
    Attorney for Debtors
    (614) 389-4941 Telephone
    (614) 389-3857 Facsimile
    kgranger@granger-law-firm.com

## **Debtors Verification**

      We declare under penalty of perjury that we have read the attached amendments and that they are true and correct to the best of our knowledge, information or belief.


Date:  02/27/15


/s/ John Richard Jackson Jr.                    /s/ Kimberly Ann Jackson _____
Debtor                                          Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No: 13-55804 |
| | : | |
| John Richard Jackson Jr. | : | Chapter 13 |
| Kimberly Ann Jackson | : | |
| Debtors | : | Judge C. Kathryn Preston |

## CERTIFICATE OF SERVICE AND NOTICE OF RIGHT TO RESPOND WITHIN 21 DAYS

Debtors have filed a Motion to Modify their Plan Post-Confirmation with the Court.

**Your rights may be affected.**
**You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

**170 North High Street, Columbus, Ohio 43215**

OR your attorney must file a response using the court's ECF System.
The court must **receive** your response on or before the date above.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:
Katharine Granger, 3757 Attucks Drive, Powell, OH 43065
Office of the U.S. Trustee, 170 N. High Street, Suite 200, Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order granting the relief requested.

The undersigned certifies that a copy of the attached Motion to Modify Plan Post-Confirmation was served on this **2nd day of March 2015** by ordinary US mail and/or electronically this date on the parties whose names and full addresses are listed below and for NOTICE that the attached Motion to Modify Plan Post-Confirmation has been filed.

/s/Katharine Granger
Katharine Granger (0079143)
Attorney for Debtors

**SERVED ELECTRONICALLY:**

Frank M. Pees  
Standing Chapter 13 Trustee  
130 E. Wilson Bridge Road, Suite 200  
Worthington, Ohio 43085-6300

U.S. Trustee  
170 N. High Street, Suite 200  
Columbus, Ohio 43215

Brian M Gianangeli  
6305 Emerald Parkway  
Dublin, OH 43016

**SERVED VIA ORDINARY MAIL:**

Attached List excluding US Trustee, Katharine Granger, Brian M Gianangeli and Frank Pees

```
Label Matrix for local noticing        AEP                                     AFNI
0648-2                                  PO Box 24418                           PO Box 3097
Case 2:13-bk-55804                      Canton, OH 44701-4418                  Bloomington, IL 61702-3097
Southern District of Ohio
Columbus
Mon Mar  2 12:04:04 EST 2015

Aarons                                  (p)AMERICREDIT                         Apelles
1159 Columbus Pike                      PO BOX 183853                          PO Box 1197
Delaware, OH 43015-2713                 ARLINGTON TX 76096-3853                Westerville, OH 43086-1197


Aspire Resources Inc                    Asst US Trustee (Col)                  Bank of America
on behalf of US Department of Education Office of the US Trustee               45 American St.
6775 Vista Drive                        170 North High Street                  #SV416
West Des Moines IA 50266-9305           Suite 200                              Simi Valley, CA 93065
                                        Columbus, OH 43215-2417


Buckeye Lending Solutions               CBCS                                   (p)COLUMBIA GAS
140 S. SanduskyStreet                   PO Box 164089                          290 W NATIONWIDE BLVD 5TH FL
Delaware, OH 43015-2303                 Columbus, OH 43216-4089                BANKRUPTCY DEPARTMENT
                                                                               COLUMBUS OH 43215-4157


Cardinal Orthopaedic Institute          Cavalry Portfolio                      Cavalry Portfolio Services
170 Taylor Station Road                 9522 E. 47th Place                     500 Summit Lake Drive, Ste 400
Columbus, OH 43213-4491                 Suite H                                Valhalla, NY 10595-2322
                                        Tulsa, OK 74145-7211


(p)CHOICE RECOVERY INC                  City of Columbus                       Coast to Coast Financial Solutions
1550 OLD HENDERSON ROAD                 PO Box 182882                          PO Box 2086
STE 100                                 Columbus, OH 43218-2882                Thousand Oaks, CA 91358-2086
COLUMBUS OH 43220-3662


Computer Credit Corporation             Consolidated Electric Co-Opertive      (p)CREDIT ACCEPTANCE CORPORATION
2242 S. Hamilton Road                   RBC Inc                                25505 WEST 12 MILE ROAD
Suite 101                               PO Box 1548                            SOUTHFIELD MI 48034-8316
Columbus, OH 43232-4300                 Mansfield OH 44901-1548


Credit Collection Services              Credit Protection Association          First Premier Bank
Two Wells Ave.                          13355 Noel Road                        601 S. Minnesota Avenue
Newton Center, MA 02459-3246            Suite 2100                             Sioux Falls, SD 57104-4868
                                        Dallas, TX 75240-6837


Focus Managment                         GM Financial                           General Medical Consultants
5001 W. Lemon St.                       PO Box 183834                          7277 Smiths Mill Road
Tampa, FL 33609-1103                    Arlington, TX 76096-3834               Suite 250
                                                                               New Albany, OH 43054-8196


Brian M Gianangeli                      Grady Memorial Hospital                Katharine R Granger
6305 Emerald Parkway                    561 West Central Avenue                3757 Attucks Drive
Dublin, OH 43016-3241                   Delaware, OH 43015-1489                Powell, OH 43065-6080
```

HRRG
PO Box 189053
Fort Lauderdale, FL 33318-9053

John Richard Jackson Jr.
4860 Veley Road
Delaware, OH 43015-8792

Kimberly Ann Jackson
4860 Veley Road
Delaware, OH 43015-8792

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joint Implant Surgeons
PO Box 712185
Cincinnati, OH 45271-2185

Keybridge
2348 Baton Rouge Avenue
Lima, OH 45805-1167

Kingwood Memorial Park
8230 Columbus Pike
Lewis Center OH 43035-9410

Kyle Cooper Esq.
3000 Vernon Place
Cincinnati, OH 45219-2418

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2134

Meade & Associates
737 Enterprise Drive
Westerville, OH 43081-8841

Monroe & Main
1112 7th Avenue
Monroe, WI 53566-1364

Monroe & Main
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Mount Carmel Health System
PO Box 89458
Cleveland, OH 44101-6458

Mt Carmel Health
Corporate Service Center
Customer Service 2nd Floor
6150 E Broad St
Columbus OH 43213-1574

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044-2368

New Albany Orthopaedic
PO Box 713024
Cincinnati, OH 45271-3024

Northland Group
7831 Glen Roy Rd.
Minneapolis, MN 55439-3133

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Ohio Dept of Job & Family Services
Litigation Unit - Unemp Comp
PO Box 182404
Columbus, OH 43218-2404

Ohio Neighborhood Finance
268 S. Sandusky Street
Delaware, OH 43015-2647

Pathfinder Credit Services
4465 W. Gandy Blvd
Tampa, FL 33611-3380

Pathfinder Credit Services
PO Box 13769
Tampa, FL 33681-3769

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085-2391

Physiotherapy Corp.
PO Box 824181
Philadelphia, PA 19182-4181

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard/ Charter
P.O. Box 2208
Vacaville, CA 95696-8208

RBC Collections
283 Glessner Ave.
Mansfield, OH 44903-2224

(p)RBC
PO BOX 1548
MANSFIELD OH 44901-1548

Roadmaster Driving School
5411 West Tyson Ave.
Tampa, FL 33611-3227

Santander Consumer USA
8585 N Stemmons Fwy
Suite 1000
Dallas, TX 75247-3822

| | | |
|---|---|---|
| Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | The Bureaus<br>1717 Central Street<br>Evanston, IL 60201-1507 |
| US Department of Education<br>PO Box 78601<br>Madison, WI 53707 | US Department of Veterans Affairs<br>PO Box 5302.69<br>Atlanta, GA 30353 | United Collection Bureau<br>PO Box 140190<br>Toledo, OH 43614-0190 |
| United Collections<br>5620 Southwyck Blvd.<br>Toledo, OH 43614-1501 | Van Ru Credit<br>PO Box 1084<br>Des Plaines, IL 60017-1084 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, Texas  76096 | COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DR 11th Fl<br>COLUMBUS, OH  43215-4138 |
| Choice Recovery<br>PO Box 20790<br>Columbus, OH 43220 | (d)Columbia Gas<br>PO Box 742510<br>Cincinnati, OH 45274 | Credit Acceptance<br>25505 West Twelve Mile Road<br>Southfield, MI 48034 |
| (d)FFCC- Columbus Inc.<br>PO Box 20790<br>Columbus, OH 43220 | Jefferson Capital Systems<br>PO Box 7999<br>Saint Cloud, MN 56302 | (d)Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 |
| Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk, VA 23502 | Richland Bureau of Credits<br>283 Glessner Avenue<br>Mansfield, OH 44903 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Kingwood Memorial Park<br>8230 Columbus Pike<br>Lewis Center, OH 43035-9410 | (u)Ohio Department of Taxation | (d)Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |