# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 13-55804 |
| John Richard Jackson | : | |
| | : | Chapter 13 |
| Kimberly Ann Jackson | | |
| Debtors | : | Judge C. Kathryn Preston |

## NOTIFICATION OF NEW ADDRESS OF DEBTORS

Attorney, Katharine Granger, hereby notifies the court of the above referenced Debtors' new address:

> 7328 San Bonita Drive
> Columbus OH 43235

Date: __06/02/15_____

/s/Katharine Granger
Katharine Granger (0079143)
Attorney for Debtor
3757 Attucks Drive
Powell, OH 43065
614-389-4941 Phone
614-389-3857 Fax
kgranger@granger-law-firm.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate of copy of the attached Notification of New Address was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this _2nd_ day of _June_, 2015.

/s/Katharine Granger
Katharine Granger
Attorney for Debtor

**SERVED ELECTRONICALLY:**

Frank M. Pees
Standing Chapter 13 Trustee
130 E. Wilson Bridge Road, Suite 200
Worthington, Ohio 43085-6300

Office of the United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

**SERVED VIA ORDINARY MAIL:**

John & Kimberly Jackson
7328 San Bonita Drive
Columbus OH 43235