# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No: 13-55804 |
| | : | |
| John Richard Jackson Jr. | : | Chapter 13 |
| Kimberly Ann Jackson | : | |
| Debtors | : | Judge C. Kathryn Preston |

## NOTIFICATION OF NEW ADDRESS OF DEBTORS

Attorney, Katharine Granger, hereby notifies the court of the above referenced Debtors' new address:

        4055 Largo Court
        Columbus Ohio 43230

Date: __03/15/16_

        /s/Katharine Granger
        Katharine Granger (0079143)
        Attorney for Debtor
        3757 Attucks Drive
        Powell, OH 43065
        614-389-4941 Phone
        614-389-3857 Fax
        kgranger@granger-law-firm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate of copy of the attached Notification of New Address was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this 15th_ day of _March_, 2016.

/s/Katharine Granger
Katharine Granger
Attorney for Debtor

**SERVED ELECTRONICALLY:**

Frank M. Pees
Standing Chapter 13 Trustee
130 E. Wilson Bridge Road, Suite 200
Worthington, Ohio 43085-6300

Office of the United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

**SERVED VIA ORDINARY MAIL:**

John & Kimberly Jackson
4055 Largo Court
Columbus Ohio 43230